**In the United States District Court**
**For the Southern District of Texas**
**Galveston Division**

| | | |
|---|---|---|
| Jay Rivera | § | |
|     **Plaintiff,** | § | **C.A. No. 3:17-00111** |
| | § | |
| **v.** | § | |
| | § | **9(H) Admiralty** |
| **Kirby Offshore Marine, LLC** | § | |
|     *In personam* | § | |
| **M.V. Tarpon** | § | |
|     *In Rem* | § | |

---

**PLAINTIFF'S AMENDED, CORRECTED AND CONSOLIDATED**
**EXHIBIT LIST**

---

| Exhibit Number | Description | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| **Exhibit Number** | **Description** | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 1 | Rivera U.S. Coast Guard Merchant Mariner Credential (KOM 568-571) | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 2 | Rivera Honorable Discharge from the U.S. Navy, dated January 31st, 2011 (Bates Labeled Rivera 286) | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 3 | Jay Rivera Application to Aransas Corpus Christi Pilots, March 21, 2003 with curriculum vitae (KOM 762-764) | | | | |

| Exhibit Number | Description | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| Jay Rivera, 3:17 – cv – 111, Ex. 4 | Letter from James Dooley to John P. Larue (Port of Corpus Christi Authority) dated May 16, 2007 (KOM 721) | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 5 | Letter from Hon. Phil Wilson to Capt. Jay Rivera dated May 21, 2008 with commission enclosed (KOM 690-691) | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 6 | Letter from Carlos H. Cascos, Texas Secretary of State to Capt. Jay Rivera dated June 4, 2015 with commission enclosed(KOM 573-574) | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 7 | Photographs of Jay Rivera's left foot post-accident (Rivera 295-297) | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 8 | Letter from Dr. Dawn Grosser dated September 19, 2016 (KOM 545-546) | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 9 | Photograph of Jay Rivera's left foot post-surgery (Rivera 298-299) | | | | |

| Exhibit Number | Description | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| Jay Rivera, 3:17 – cv – 111, Ex. 10 | Letter from Dr. Randolph Evans dated December 28, 2017 | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 11 | Letter from Dr. Dawn Grosser dated March 2, 2018 | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 12 | Letter from Dr. Randolph Evans dated June 4, 2018 | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 13 | Letter from Aransas Corpus Christi Pilots to U.S. Coast Guard containing Jay Rivera's U.S. Coast Guard Form 719k (merchant mariner physical examination report) dated, June 20, 2018 (Rivera 964-977) | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 14 | Letter from Dr. Laura Torres-Reyes, Medical Director National Maritime Center, United States Coast Guard to Capt. Jay Rivera dated June 29, 2018 (Rivera 959) | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 15 | Videotaped recording of Port of Corpus Christi Pilot Board | | | | |

| Exhibit Number | Description | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| | meeting dated July 17, 2018 | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 16 | Videotape of M.V. Tarpon taken post-accident | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 17 | Photographs of M.V. Tarpon engine room access hatch and machinery space (FIDLY) Bates labeled RIVERA 977-982 | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 18 | General Arrangement of the M.V. Tarpon (KOM 00003) | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 19 | Photographs of M.V. Tarpon provided by Kirby Offshore Marine, LLC post-accident bated labeled (KOM 4-11, 1685) | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 20 | Videotape of M.V. Tarpon provided by Kirby Offshore Marine, LLC post-accident | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 21 | Riben Marine, Inc. 2013 IRS Tax Returns (Rivera 484-501) | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 22 | Riben Marine, Inc. 2014 IRS Tax Returns (Rivera 503-540) | | | | |

| Exhibit Number | Description | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| Jay Rivera, 3:17 – cv – 111, Ex. 23 | Riben Marine, Inc. 2015 IRS Tax Returns (Rivera 541-580) | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 24 | Riben Marine, Inc. 2016 IRS Tax Returns (Rivera 694-725) | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 25 | Aransas-Corpus Christi Pilots K1 distributions for 2013 through 2017 (Sealed) | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 26 | Aracor, Inc. and Aransas Corpus Christ Pilots Defined Benefit Plan (Rivera 138-204) (SEALED) | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 27 | Loren D. Stark Co. Defined Contribution Volume Submitter Plan and Trust for ARACOR, Inc. and the Aransas Corpus Christi Pilots, (Rivera 776-875) (SEALED) | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 28 | Aransas Corpus Christi Pilots Articles of Agreement (Rivera 109-136) (SEALED) | | | | |

| Exhibit Number | Description | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| Jay Rivera, 3:17 – cv – 111, Ex. 29 | Aransas-Corpus Christi Pilots Form K1 partner distributions for years 2013, 2014. 2015, 2016 (SEALED) | | | | CONSOLIDATED INTO EX. 25 |
| Jay Rivera, 3:17 – cv – 111, Ex. 30 | Affidavit of Ann Marie McCullough, Masters, Mates & Pilots, detailing the amount of medical payments made on behalf of Capt. Rivera related to this incident | | | | WITHDRAWN |
| Jay Rivera, 3:17 – cv – 111, Ex. 31 | Affidavit of Kathy Redden | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 32 | Log book entry for M.V. Tarpon August 19, 2016 (KOM 352) | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 33 | Kirby Incident Report dated August 19, 2016 (KOM 13-14) | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 34 | International Maritime Organization MSC/Circ. 1156, 23 May 2005, *Guidance on the access of public authorities, emergency response services* | | | | |

| Exhibit Number | Description | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| | *and pilots on board ships to which SOLAS Chapter XI-2 and the ISPS Code Apply* (Rivera 205-212) | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 35 | International Maritime Organization Resolution A.1045(27) Pilot Transfer Arrangements (Rivera 213-223) | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 36 | Kirby Offshore Marine, LLC safety management system (KOM 403-499) (SEALED) | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 37 | Moxie Media Video "Step Back for Safety: Slips, Trips, and Falls" (SEALED) | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 38 | American Waterways Operators Interregion Safety Committee (November 2002) Training: Slip, Trip, and Fall Prevention (Bates Rivera 226-236) | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 39 | American Waterways Operators | | | | |

| Exhibit Number | Description | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| | Interregion Safety Committee Training: Slip, Trip, and Fall Prevention – Beyond the Basics, July 2005 (Rivera 237-247) | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 40 | Curriculum Vitae of Capt. Reginald McKamie, Sr., Maritime Liability Expert | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 41 | Expert Report of Capt. Reginald McKamie, Sr. | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 42 | Curriculum Vitae of Dan Cliffe, Economist | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 43 | Expert Report of Dan Cliffe | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 44 | Supplemental Report of Dan Cliffe | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 45 | Curriculum Vitae of Wallace Stanfill, Vocational Rehabilitation | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 46 | Expert Report of Wallace Stanfill | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 47 | Kirby Offshore Marine, LLC's responses to Plaintiff's First Interrogatories, Requests for | | | | WITHDRAWN |

| Exhibit Number | Description | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| | Production and Requests for Admission | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 48 | Kirby Offshore Marine, LLC's responses to Plaintiff's Second written discovery requests | | | | WITHDRAWN |
| Jay Rivera, 3:17 – cv – 111, Ex. 49 | Kirby Offshore Marine, LLC's second supplemental Rule 26 Disclosures and Expert Designations | | | | WITHDRAWN |
| Jay Rivera, 3:17 – cv – 111, Ex. 50 | Kirby Offshore Marine, LLC responses to Plaintiff's Fourth written discovery requests | | | | WITHDRAWN |
| Jay Rivera, 3:17-cv-111, Ex. 51 | Medical Records from Corpus Christi Medical Center-Bay Area | | | | |
| Jay Rivera, 3:17-cv-111, Ex. 52 | Medical Billing Records from Corpus Christi Medical Center-Bay Area | | | | WITHDRAWN |
| Jay Rivera, 3:17 – cv – 111, Ex. 53 | Medical Records of Dr. Dawn Grosser, South Texas Bone & Joint | | | | |

| Exhibit Number | Description | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| Jay Rivera, 3:17 – cv – 111, Ex. 54 | Affidavit of Custodian of Records for South Texas Bone & Joint | | | | WITHDRAWN |
| Jay Rivera, 3:17 – cv – 111, Ex. 55 | Medical Billing Records of Dr. Dawn Grosser, South Texas Bone & Joint | | | | WITHDRAWN |
| Jay Rivera, 3:17 – cv – 111, Ex. 56 | Medical Records of Dr. Thomas Moloney, Nueces County Occupational Heath | | | | WITHDRAWN |
| Jay Rivera, 3:17 – cv – 111, Ex. 57 | Medical Billing Records of Dr. Tom Dorrell, The Medical Center | | | | WITHDRAWN |
| Jay Rivera, 3:17 – cv – 111, Ex. 58 | Medical Records of Dr. Tom Dorrell, The Medical Center | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 59 | Medical Billing Records of Radiology and Imaging of South Texas | | | | WITHDRAWN |
| Jay Rivera, 3:17 – cv – 111, Ex. 60 | Medical Records of Radiology and Imaging of South Texas | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 61 | Medical Billing Records of Corpus Christi Medical Center-Doctors Regional | | | | WITHDRAWN |

| Exhibit Number | Description | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| Jay Rivera, 3:17 – cv – 111, Ex. 62 | Medical Records of Corpus Christi Medical Center-Doctors Regional | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 63 | Medical Billing Records of New-Stride Physical Therapy | | | | WITHDRAWN |
| Jay Rivera, 3:17 – cv – 111, Ex. 64 | Medical Records of New-Stride Physical Therapy | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 65 | Medical Billing Records of Institute of Precision Pain Management | | | | WITHDRAWN |
| Jay Rivera, 3:17 – cv – 111, Ex. 66 | Medical Records of Institute of Precision Pain Management | | | | |
| Jay Rivera, 3:17 – cv – 111, Ex. 67 | Medical Billing Records of Corpus Christi Medical Center-Doctor's Regional | | | | WITHDRAWN |
| Jay Rivera, 3:17 – cv – 111, Ex. 68 | Medical Records of Corpus Christi Medical Center-Doctor's Regional | | | | CONSOLIDATED WITH EX. 62 |
| Jay Rivera, 3:17 – cv – 111, Ex. 69 | Required Pilot Boarding arrangements for Cargo Ships, located at Shipsbusiness.com, Exhibit 4 to McKamie Report | | | | CONSOLIDATED INTO EX. 41 |

| Exhibit Number | Description | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| Jay Rivera, 3:17 – cv – 111, Ex. 70 | Exxon Shipping Company Ocean Fleet Safety Manual, Exhibit 7 to McKamie Report | | | | CONSOLIDATED INTO EX. 41 |
| Jay Rivera, 3:17 – cv – 111, Ex. 71 | International Maritime Organization, International Safety Management Code, Exhibit 9 to McKamie Report. | | | | CONSOLIDATED INTO EX. 41 |
| Jay Rivera, 3:17 – cv – 111, Ex. 72 | ASTM F1166-07, Standard Practice for Human Engineering Design for Marine Systems, Equipment,and Facilities | | | | CONSOLIDATED INTO EX. 41 |
| Jay Rivera, 3:17 – cv – 111, Ex. 73 | Medical Records of Corpus Christi Outpatient Surgery (KOM1835-1878) – Defendant's Exhibit 124 | | | | |

Respectfully submitted this 10th day of December, 2018,

**The Crew Law Firm, P.C.**

**_/s/ Paxton N. Crew_**
Paxton N. Crew
Attorney in Charge
SDTX 859147

TBA No. 24058720
The Crew Law Firm, P.C.
303 E. Main, Suite 260
League City, Texas 77573
Main: 713-955-0909
Facsimile: Fax: (409) 908-4050
paxton@thecrewlawfirm.com

**And**


**STEVENSON & MURRAY**

***/s/ John W. Stevenson. Jr.***

JOHN W. STEVENSON, JR.
Fed I.D.  3992
State Bar No. 19196050
24 Greenway Plaza, Suite 750
Houston, Texas 77046
(713) 622-3223 - Telephone
(713) 622-3224  - Facsimile
Email: jstevenson@stevensonmurray.com

**ATTORNEYS FOR PLAINTIFF**


**CERTIFICATE OF SERVICE**

I hereby certify a true and correct copy of the foregoing document has been forwarded to all counsel of record by CM/ECF in accordance with the Federal Rules of Civil Procedure on this 10th day of December, 2018.

***/s/ Paxton N. Crew***
Paxton N. Crew