**In the United States District Court**
**For the Southern District of Texas**
**Galveston Division**

| | | |
|---|---|---|
| **Jay Rivera** | § | |
| Plaintiff, | § | C.A. No. 3:17-00111 |
| | § | |
| v. | § | |
| | § | 9(H) Admiralty |
| **Kirby Offshore Marine, LLC** | § | |
| *In personam* | § | |
| **M.V. Tarpon** | § | |
| *In Rem* | § | |

**PLAINTIFF'S DEPOSITION EXCERPTS**
**FOR DAVID S. BASKIN, M.D.**

| WITNESS:DAVID S. BASKIN, M.D. | | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| Page(s) | Lines | | | | |
| 46 - 48 | 46:22 - 48:2 | | | | |
| 48 - 50 | 48:8 - 50:6 | | | | |
| 50 - 54 | 50/13 starting with "I have…" - 54:21 | | | | |
| 54 - 56 | 54: 23 - 56:5 | | | | |
| 56 - 57 | 56:9 - 57:14 | | | | |
| 57 | 57:16 - 25 | | | | |
| 58 - 59 | 58:10 – 59:10 | | | | |
| 61 - 64 | 61:17 starting with "Is it…" – 64:2 | | | | |
| 64 - 69 | 64:5 - 69:17 | | | | |
| 70 - 73 | 70:6 - 73:9 | | | | |
| 74 - 76 | 74:18 - 76:10 | | | | |
| 76 - 77 | 76:12 - 77:6 | | | | |
| 77 - 79 | 77:8 - 79:3 | | | | |
| 79 - 80 | 79:5 - 80:6 | | | | |
| 82 - 85 | 82:2 - 85:9 | | | | |
| 85 - 88 | 85:11 - 88:14 | | | | |
| 88 - 89 | 88:21 - 89:20 | | | | |
| 89 - 90 | 89:22 - 90:22 | | | | |
| 90 - 91 | 90:24 - 91:2 | | | | |
| 92 - 93 | 92:18 - 93:10 | | | | |

| WITNESS:DAVID S. BASKIN, M.D. | | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| Page(s) | Lines | | | | |
| 93 - 94 | 93:24 - 94:19 | | | | |
| 98 - 100 | 98:22 - 100:2 | | | | |
| | | | | | |
| | | | | | |

Respectfully Submitted,

**STEVENSON & MURRAY**

*/s/ John W. Stevenson, Jr.*

_____
JOHN W. STEVENSON, JR.
Fed I.D.  3992
State Bar No. 19196050
24 Greenway Plaza, Suite 750
Houston, Texas 77046
(713) 622-3223 - Telephone
(713) 622-3224  - Facsimile
Email: jstevenson@stevensonmurray.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify a true and correct copy of the foregoing document has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure on this 10th day of December, 2018.

*/s/ John W. Stevenson, Jr.*

_____
JOHN W. STEVENSON, JR.