In the United States District Court
For the Southern District of Texas
Galveston Division

| | | |
|---|---|---|
| **Jay Rivera** | § | |
| Plaintiff, | § | C.A. No. 3:17-00111 |
| | § | |
| v. | § | |
| | § | |
| | § | 9(H) Admiralty |
| **Kirby Offshore Marine, LLC** | § | |
| *In personam* | § | |
| **M.V. Tarpon** | § | |
| *In Rem* | § | |

**PLAINTIFF'S OBJECTIONS TO DEPOSITION
TESTIMONY OF DAVID S. BASKIN, M.D.**

| **PAGE/LINE** | **OBJECTIONS** |
|---|---|
| Page 22, Lines 11 - 19 | Outside scope and inconsistent with original report. |
| Page 40, Lines 18 - 25 | Not qualified to offer opinion because unfamiliar with regulations and admits it would be speculation to offer opinion. (See Page 59, Line 9, *et seq*) |
| Page 98, Lines 3 - 13 | Previously testified that he cannot say whether could regain pilots license. (See Page 40, Line 18, *et seq*) |

Respectfully Submitted,

**STEVENSON & MURRAY**

*/s/ John W. Stevenson, Jr.*

JOHN W. STEVENSON, JR.
Fed I.D. 3992
State Bar No. 19196050
24 Greenway Plaza, Suite 750
Houston, Texas 77046
(713) 622-3223 - Telephone
(713) 622-3224 - Facsimile
Email: jstevenson@stevensonmurray.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing document has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure on this 10th day of December, 2018.

*/s/ John W. Stevenson, Jr.*