# TRIAL MINUTES

Cause No:       3:17-CV-111

Style:          JAY RIVERA VS. KIRBY CORPORATION, *et al*

Hearing Type:   Bench Trial – Day Two

Appearances:

| **Counsel** | **Representing** |
|---|---|
| Paxton Crew<br>John Stevenson | Jay Rivera |
| John Spiller<br>Bijan Siahatgar | Kirby Offshore Marine, LLC |

Date:  December 18, 2018              Court Reporter:  Mayra Wallace
Time:   8:46 AM  -  10:00 AM          Case Manager:  Susan Gram
       10:28 AM  -  12:01 PM
        1:38 PM  -   2:24 PM
        2:33 PM  -   3:26 PM
        4:00 PM  -   4:57 PM

At the trial, the following rulings were made as stated on the record:

1. Court's instructions to counsel regarding the handling of exhibits after the completion of trial.

2. Continued oral testimony by Jay Rivera.

3. Oral testimony by Dr. Randolph Evans.

4. Oral testimony by Captain Sam Stephenson.

5. Trial recessed to be resumed on Wednesday, December 18, 2018, at 8:30 AM.