# In the United States District Court
# For the Southern District of Texas
# Galveston Division

| | | |
|---|---|---|
| **Jay Rivera** § | | |
|     Plaintiff, § | C.A. No. 3:17-00111 | |
| § | | |
| v. § | | |
| § | 9(H) Admiralty | |
| **Kirby Offshore Marine, LLC** § | | |
|     *In personam* § | | |
| **M.V. Tarpon** § | | |
|     *In Rem* § | | |

## PLAINTIFF'S TRIAL BRIEF ON PILOT RETIREMENT AGE

Comes now, Plaintiff Jay Rivera, and files this trial brief, as requested by the Court, on statutory retirement ages for pilots in Texas. Plaintiff would show that every mandatory retirement age for pilots in Texas is 68. There are no port complexes which have a mandatory retirement age less than 68. Only two port complexes, Galveston County and the Port of Corpus Christi contain no mandatory retirement age, allowing pilots to work past 68.

### Houston Pilots Mandatory Retirement Age is 68

Texas Transportation Code Chapter 66 governs pilotage for the Port of Houston and contains a statutory mandatory retirement age of 68. Section 66.040 states that "…no pilot may furnish pilot services under authority of a license after the pilot's 68th birthday." TEX. TRANSP. CODE § 66.040. Furthermore, to be eligible

for a license as branch pilot, a person must, "be at least 25 years of age and less than 68 years of age." *Id.* at §66.033.

### Galveston County Pilots have no Mandatory Retirement Age

Chapter 67 of the Texas Transportation Code contains the Galveston County Pilots Licensing and Regulatory Act. TEX. TRANSP. CODE § 67.001, et seq. The Galveston County Pilots Act contains no mandatory retirement age.

### Brazos Pilots (Freeport) Mandatory Retirement is 68

Chapter 68 of the Texas Transportation Code contains the Brazoria County Pilots and Licensing Act. TEX. TRANSP. CODE § 68.001 *et seq.* The Brazoria County Pilots Licensing and Regulatory Act contains a mandatory retirement age of 68. TEX. TRANSP. CODE § 68.033(a).

### Orange and Jefferson County (Sabine Pilots) Mandatory Retirement Age is 68

Chapter 69 of the Texas Transportation Code contains the Orange and Jefferson County Pilots Licensing and Regulatory Act. TEX. TRANSP. CODE § 69.001 *et seq.* To be eligible for a license as a branch pilot in Orange and Jefferson County (Sabine), the branch pilot must be younger than 68 years. TEX. TRANSP. CODE § 69.033(1).

### Aransas-Corpus Christi Pilots Have No Mandatory Retirement Age

Chapter 70 of the Texas Transportation Code contains the Port of Corpus Christi Licensing and Regulatory Act. TEX. TRANSP. CODE § 70.001, et seq. The

Port of Corpus Christi Licensing and Regulatory Act contains no mandatory retirement age.

                                        THE CREW LAW FIRM, P.C.
                                        ***/s/ Paxton N. Crew***
                                        Paxton N. Crew
                                        Attorney in Charge
                                        SDTX 859147
                                        State Bar No. 24058720
                                        The Crew Law Firm, P.C.
                                        303 E. Main, Suite 260
                                        League City, Texas 77573
                                        Main: 713-955-0909
                                        Facsimile: Fax: (409) 908-4050
                                        paxton@thecrewlawfirm.com

                                        And

                                        STEVENSON & MURRAY
                                        ***/s/ John W. Stevenson. Jr.***
                                        JOHN W. STEVENSON, JR.
                                        Fed I.D. 3992
                                        State Bar No. 19196050
                                        24 Greenway Plaza, Suite 750
                                        Houston, Texas 77046
                                        (713) 622-3223 - Telephone
                                        (713) 622-3224 - Facsimile
                                        Email: jstevenson@stevensonmurray.com
                                        ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify a true and correct copy of the foregoing document has been forwarded to all counsel of record by CM/ECF in accordance with the Federal Rules of Civil Procedure on this 19th day of December, 2018.

                                        ***/s/ Paxton N. Crew***
                                          Paxton N. Crew