In the United States District Court
For the Southern District of Texas
Galveston Division

| | | |
|---|---|---|
| **Jay Rivera** | § | |
| Plaintiff, | § | C.A. No. 3:17-00111 |
| | § | |
| v. | § | |
| | § | 9(H) Admiralty |
| **Kirby Offshore Marine, LLC** | § | |
| *In personam* | § | |
| **M.V. Tarpon** | § | |
| *In Rem* | § | |

## WAGE BASE/LOSS OF JAY RIVERA

647,211 wage base is reduced by 20,000/yr.

| | |
|---|---|
| 2013 | 613,349 |
| 2014 | 702,007 |
| 2015 | 722,868 |
| 2016 | 604,923 |
| 2017 | 692,908 |

Average 667,211   <20,000> = 647,211          Past Loss = 157,810

## FUTURE LOSS

| TO AGE | | | |
|---|---|---|---|
| 62 | 6,994,384 | 7,689,394 | 8,384,403 |
| 63 | 7,279,495 | 8,040,208 | 8,800,921 |
| 64 | 7,557,111 | 8,385,679 | 9,214,247 |
| 65 | 7,830,312 | 8,729,510 | 9,628,707 |
| 66 | 8,097,669 | 9,069,893 | 10,042,116 |
| 67 | 8,360,708 | 9,408,687 | 10,456,666 |
| 68 | 8,616,857 | 9,742,527 | 10,868,197 |
| 69 | 8,682,962 | 10,075,035 | 11,281,107 |
| 70 | 9,116,242 | 10,405,223 | 11,694,205 |



PLAINTIFF'S EXHIBIT 78
Jay Rivera, 3:17-cv-111