



KOM 00568

00055

FROM POSITION 18-02N 065-47W INTO AND INCLUDING THE PORT OF YABUCOA, PUERTO RICO (PR); ALSO FCP-VSL-AGT FROM THE SEA BUOY(POSITION 17-57.6N 066-44.3W) INTO AND INCLUDING BAHIA DE TALLABOA, PR; ALSO, FCP-VSL-AGT UPON THE WATERS OF SAN JUAN BAY AND APPROACHES; ALSO, FCP-VSL-AGT LIMITED TO TUG AND BARGE COMBINATION FROM POSITION 17-53.0N 066-18.0W INTO AND INCLUDING BAHIA DE JOBOS, PR, LIMITED TO DAYLIGHT HOURS ONLY; ALSO, FCP-VSL-AGT UPON ALL WATERS BETWEEN 067-13.0 W INTO AND INCLUDING BAHIA DE MAYAGUEZ, APPROACHES CHANNEL AND TERMINAL CHANNEL; ALSO, FCP-VSL-AGT FROM THE SEA BUOY (POSITION 17-54.0N 066-10.3W) INTO AND INCLUDING LAS MAREAS, PR; ALSO, FCP-VSL-AGT FROM THE SEA BUOY (POSITION 17-57.8N 066-45.9W) INTO AND INCLUDING BAHIA DE GUAYANILLA, PR; ALSO, FCP-VSL-AGT FROM THE SEA BUOY (POSITION 17-56.0N 066-38.2W) INTO AND INCLUDING THE PORT OF PONCE, PR; ALSO, RADAR OBSERVER (UNLIMITED) EXPIRES JUNE 2012.

S. MINGUS, USCG, BY DIRECTION
OFFICER IN CHARGE, MARINE INSPECTION


SIGNATURE OF LICENSEE: _____
MARINER #: 2266429
DATE OF BIRTH: JANUARY 24, 1977
PLACE OF BIRTH: PONCE, PUERTO RICO, PR
PRESENT ADDRESS: 15333 TORTUGA CT, CORPUS CHRISTI, TX 78418





KOM 00571

00058