UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JAY RIVERA, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-111 |
| | § | |
| KIRBY CORP., *et al.*, | § § | |
| Defendants. | § § § | |

## **FINAL JUDGMENT**

In accordance with its findings of fact and conclusions of law, the Court hereby enters a **FINAL JUDGMENT** for the plaintiff in the amount of $11,695,136.00. Any pending motions are denied as moot.

SIGNED at Galveston, Texas, on _August 28_, 2019.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE