United States Courts
Southern District of Texas
FILED

*January 13, 2021*

Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 22, 2020

Lyle W. Cayce
Clerk

No. 19-40799

JAY RIVERA,

*Plaintiff—Appellee,*

*versus*

KIRBY OFFSHORE MARINE, L.L.C., IN PERSONAM,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:17-CV-111

Before KING, STEWART, and SOUTHWICK, *Circuit Judges.*

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellant pay to appellee the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on **Jan 13, 2021**

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 13, 2021

Mr. Nathan Ochsner
Southern District of Texas, Galveston
United States District Court
601 Rosenberg Street
Room 411
Galveston, TX 77550-0000

      No. 19-40799   Rivera v. Kirby Offshore Marine
               USDC No. 3:17-CV-111

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  *Christina Gardner*
                  By: _____
                  Christina A. Gardner, Deputy Clerk
                  504-310-7684

cc:  Mr. Parker Cragg
     Mr. Paxton N. Crew
     Mr. William Robert Hand
     Ms. Nooshin Namazi
     Mr. John A. V. Nicoletti
     Mr. Kevin John Byron O'Malley
     Mr. John Kevin Spiller
     Mr. John W. Stevenson Jr.
     Ms. Marie Roach Yeates