# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| **Jay Rivera** § | | |
|     Plaintiff, § | | |
| **v.** § | | |
| § | | |
| **Kirby Corporation and** § | C.A. No. 3:17-00111 | |
| **Kirby Offshore Marine, LLC** § | | |
|     *In personam* § | 9(H) Admiralty | |
| § | | |
| **M.V. Tarpon** § | | |
|     *In Rem* § | | |

## ORDER RELEASING SUPERSEDEAS BOND

The judgment of this Court has been fully paid and satisfied (Doc No. 207). Accordingly, the Supersedeas Bond of Travelers Casualty and Surety Company of America in the amount of $11,695,136.00, which was filed in this action by Kirby Offshore Marine, LLC, as principals, and Travelers Casualty and Surety Company of America as surety, (Doc No. 186-1) is hereby released.

It is therefore ORDERED the bond is no longer required and that the Surety, Travelers Casualty and Surety Company of America on the supersedeas bond posted by Kirby Offshore Marine LLC (Doc No. 186-1) is hereby released from any and all past, present and future liability arising under or in connection with this bond. It is further ordered that the Clerk of

the Court is directed to immediately release physical possession of the supersedeas bond in the amount of ELEVEN MILLION SIX HUNDRED NINETY FIVE THOUSAND ONE HUNDRED THIRTY SIX DOLLARS AND ZERO CENTS ($11,695,136.00) to the Surety, Travelers Casualty and Surety Company of America.

    **SIGNED** this \_\_24th\_\_ day of \_\_February\_\_, 2021.

    _____
    United States District Judge